[Nos. 33249-0-I; 34310-6-I.   Division One.   March 4, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. ARTHUR CHARLES STEWART, *Appellant*.

1064

Appeal from a judgment of the Superior Court for King County, No. 93-1-01375-9, Harriett M. Cody, J., entered August 16, 1993 and February 3, 1994. *Affirmed* by unpublished opinion per Becker, J., concurred in by Baker C.J., and Kennedy, J.